IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI L. ECKARD,<br><br>            Plaintiff,<br><br>       vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | 1:11cv0516 DLB<br><br>ORDER GRANTING<br>EXTENSION OF TIME<br><br>(Document 16) |

On November 29, 2011, the parties filed a stipulation and proposed order to allow Defendant an extension of time to file a response to Plaintiff's opening brief.  The parties' request is GRANTED. Defendant's response SHALL be filed on or before December 30, 2011.

IT IS SO ORDERED.

   Dated:   **November 30, 2011**               /s/ Dennis L. Beck
                                                                        UNITED STATES MAGISTRATE JUDGE

1