1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8972
       Facsimile:  (415) 744-0134
7      Email: Elizabeth.Barry@ssa.gov

8  Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| TERRI L. ECKARD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMISSIONER OF ) <br> SOCIAL SECURITY, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.  CIV-1:11-cv-00516 DLB <br><br> STIPULATION AND ORDER FOR A SECOND EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until January 30, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

    This is Defendant's second request for an extension of time in this matter.

                                    Respectfully submitted,

Dated: December 22, 2011            */s/ Lawrence D. Rohlfing*
                                    (as authorized via e-mail)
                                    LAWRENCE D. ROHLFING
                                    Attorney for Plaintiff

|  |  |
|---|---|
| | BENJAMIN WAGNER<br>United States Attorney |
| Dated: December 22, 2011 | By */s/ Elizabeth Barry*<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

IT IS SO ORDERED.

Dated:   **December 22, 2011**          **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE